UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,                   **NOTICE OF APPEARANCE**

v.                                                     Case No.: 08-MJ-468(DEP)

JAYSON JULIAN,

                              Defendant.
_____

**PLEASE TAKE NOTICE THAT** the undersigned, an attorney duly licensed and admitted to practice before this Court, hereby appears of record on behalf of the above named Defendant.

DATED: October 31, 2008

                                                                  William W. Rose
                                                                  Attorney at Law
                                                                  Bar Roll No. 501414
                                                                 300 South State Street, 4th Floor
                                                                  Syracuse, NY 13202
                                                                 (315) 474-2644