IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

      vs.                 6:08-MJ-468 (DEP)

JAYSON JULIAN

                Defendant.

_____

APPEARANCES:                 OF COUNSEL:

FOR THE GOVERNMENT:

HON. ANDREW BAXTER         JOHN KATKO, ESQ.
Acting United States Attorney     Assistant U.S. Attorney
Northern District of New York
Federal Building
100 S. Clinton Street
Syracuse, New York 13261

FOR DEFENDANT:

OFFICE OF LESLIE LEWIS       LESLIE LEWIS, ESQ.
23 Genesee Street
New Hartford, New York 13413

ORDER APPROVING WAIVER OF PRELIMINARY EXAMINATION

    Defendant has been charged by a criminal complaint with conspiracy to distribute and possess with intent to distribute in excess of 500 grams of powder cocaine and in excess of 50 grams of cocaine base ("crack"), in violation of 21 U.S.C. § 846. At his initial appearance on

October 29, 2008, the government moved for his detention pursuant to 18 U.S.C. § 3142(f) and a detention hearing was thereafter scheduled for November 3, 2008.

During this detention hearing, the defendant, through his counsel, waived his right to a preliminary examination. In announcing that waiver, defendant's counsel advised that he had explained the nature of the preliminary examination to the defendant, including the consequences of any waiver of the right to such a preliminary examination, and that the defendant was knowingly and voluntarily waiving his right to a preliminary examination with full knowledge of the consequences thereof.

Based upon the foregoing, including defendant's voluntary representations, it is hereby

ORDERED, that defendant's waiver of his right to a preliminary examination, which I find to have been knowing, intelligent and voluntary, is accepted.

_____
David E. Peebles
U.S. Magistrate Judge

Dated: November 3, 2008
Syracuse, NY