UNITED STATES DISTRICT COURT

**ORIGINAL**

NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAYSON JULIAN, a/k/a Jayju

**WARRANT FOR ARREST**

Case Number: 08-MJ-468

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 30 2008
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Jayson Julian, a/k/a Jayju
                                     Name

and bring him forthwith to the nearest magistrate to answer an

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Notice

charging him with (brief description of offense)
conspiracy to distribute and possess with intent to distribute in excess of 500 grams of powder cocaine and in excess of 50 grams of cocaine base (crack) in violation of Title 21, United States Code, Section 846

Hon. David E. Peebles
Name of Issuing Officer

[signature]
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

October 28, 2008 at Syracuse, NY
Date and Location

Bail fixed at $ _____ by _____
                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received 10/29/08 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/29/08 | G. Morawiec  DUSM | [signature] |