AO 93 (Rev. 5/85) Search Warrant

ORIGINAL

# United States District Court

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 06 2008
____ AT ____ O'CLOCK
Lawrence K. Baerman

In the Matter of the Search of
(Name, address or brief description of property or premises to be searched)

premises located at

120 Richardson Avenue, Second Floor Apt., Utica, NY, more particularly described as the second floor of a 2 ½ wood frame house with white shingles on the exterior of the first floor and green shingles on the exterior of the second floor. The number "120" is clearly affixed to the front of the residence and is visible from the road.

## SEARCH WARRANT

Criminal No. 08-MJ-468 (DEP)

TO: ANY FBI AGENT ____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____ Anthony R. Fitzgerald ____ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

120 Richardson Avenue, Second Floor Apt., Utica, NY, more particularly described as the second floor of a 2 ½ wood frame house with white shingles on the exterior of the first floor and green shingles on the exterior of the second floor. The number "120" is clearly affixed to the front of the residence and is visible from the road.

in the ____ NORTHERN ____ District of ____ NEW YORK ____ there is now concealed a certain person or property, namely (describe the person or property)

See attached Schedule

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ____ Nov. 7, 2008 ____

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ____ any authorized judge ____ as required by law. No knock entry authorized.
United States Judge or Magistrate Judge

October 28, 2008 @ 3:55 P.M.        at      Syracuse, New York
Date and Time Issued                         City and State

Hon. David E. Peebles
United States Magistrate Judge              Signature of Judicial Officer
Name and Title of Judicial Officer

AO93 (Rev. 5/85) SEARCH WARRANT

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>10/28/2008 | DATE AND TIME WARRANT EXECUTED<br>10/29/2008, 6:40am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Art<br>[signature]<br>Jessica Pulluaino |
| INVENTORY MADE IN THE PRESENCE OF [signature] ARE [signature] Jessica Pulluaino | | |

INVENTORY OF PERSONS OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached FBI "Evidence Recovery Log"

CERTIFICATION

[signature]

Sworn to Before Me
On 11/6/08
[signature]

## SEARCH WARRANT ATTACHMENT

This search warrant authorizes searches for the following items, which would be evidence of narcotics distribution and related conduct, in the above described residence, to include, any other structures, outbuildings and vehicles located thereon:

a. Cocaine (in any form) and any other controlled substances;

b. Paraphernalia used and commonly associated with the possession and distribution of controlled substances such as cocaine; including, but not limited to: scales, packaging materials including plastic baggies, plastic or glass vials, heat sealing machines, pipes, coffee grinders, cocaine presses, sifting screens and/or strainers; any materials used for "cutting" or diluting controlled substances like cocaine, such as baking soda, inositol and mannitol;

c. Any books, records, receipts, notes, ledgers, journals, and other papers relating to the purchase and distribution of controlled substances, including cocaine;

d. Addresses and/or telephone books, PDA's (i.e. Palm Pilots), caller ID boxes attached to telephones and papers reflecting names, addresses, and/or telephone numbers; and telephone records reflecting local and long distance calls;

e. Bank statements and records, safe deposit keys, receipts, and other books and records, including any related to the purchase of real property and personal property (including automobiles), safes, lock boxes, safe deposit boxes and, in general, any records or documents evidencing the obtaining, transfer, concealment, or expenditure of money or other assets, and/or demonstrating the laundering or use of monies generated by the sale of narcotics;

f. Any significant sums of United States currency, stocks, bonds, certificates of deposit, any other financial instruments, and safes, or other security type boxes or containers;

g. Photographs of people, assets, or controlled substances;

h. Personal effects tending to establish proprietary interest, including but not limited to, personal identification, driver's licenses, vehicle registration certificates, passports, birth certificates and deeds;

i. Records of interstate travel in furtherance of the unlawful distribution of drugs and the use of the facilities of interstate commerce in furtherance of the unlawful distribution of drugs;

j. Communication devices to include digital pagers, cellular telephones (including any stored electronic contents such as voice mail messages, addresses and telephone numbers and alpha/numeric messages), telephones, scanners and the like; and,

k. Computers, laptops, hard drives, computer disks, compact

disks or other medium utilized to store data or information.

   l. Other property constituting evidence of the possession, distribution, or use of controlled substances, or any property, records, or documents constituting evidence of the association and relationship of individuals in connection with drug-related activities.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # ZY5D-AC-47760

On (date) 10-29-2008

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) JERMAINE GARY

(Street Address) 120 RICHARDSON AVE 2nd FLOOR

(City) UTICA, NY

Description of Item(s):
- MISC. PAPERWORK - CELL PHONE BILL
- SMOKING PIPE
- APPROX $11,800.00 UNITED STATES CURRENCY
- APPROX $575.00 UNITED STATES CURRENCY
- 8 CELLULAR TELEPHONES
- 2 SETS OF KEYS

NOTHING ELSE

Received By: _____ (Signature)

Received From: _____ (Signature)