LESLIE R. LEWIS
ATTORNEY AT LAW
23 GENESEE STREET
NEW HARTFORD, NY 13413

(315) 724-5149

FAX (315) 724-0338

November 7, 2008

Hon. David E. Peebles, U.S. Magistrate
U. S. District Court
Northern District of New York
James Hanley Federal Building
100 S. Clinton Street
P. O. Box 7367
Syracuse, New York 13261-7345

Re: U. S. v. Jayson Julian
    08 MJ 468-13 (DEP)

Dear Judge Peebles:

Please be advised that I will be representing Jayson Julian relative to the above. I am sending this letter to serve as a notice of appearance pursuant to Your request.

Respectfully yours,

LESLIE R. LEWIS

LRL:pka