LESLIE R. LEWIS
ATTORNEY AT LAW
23 GENESEE STREET
NEW HARTFORD, NY 13413

(315) 724-5149

FAX (315) 724-0338

February 24, 2009

Shelly Muller, Courtroom Deputy to
Hon. David E. Peebles, U.S. Magistrate
U. S. District Court
Northern District of New York
James Hanley Federal Building
100 S. Clinton Street
P. O. Box 7367
Syracuse, New York 13261-7345

    Re: U. S. v. Jayson Julian

Dear Ms. Muller:

    I am in receipt of your letter dated February 19, 2009 relative to the above. Mr. Julian would like to be taken off home detention for reasons set forth in the attached letter. If the Court is agreeable, please schedule a hearing at the Court's convenience.

    Respectfully yours,

    LESLIE R. LEWIS  /pka

LRL:pka
Enc.
CC: John Katko, AUSA
    USPO

February 12, 2009

The Honorable David E Peebles
US Magistrate Judge
United States District Court Northern District of New york
100 South Clinton Street
PO Box 7365
Syracuse NY 13261-7365

Dear Judge Peebles,

My name is Jayson Julian. I was charged with conspiracy charges on October 29, 2008. You gave me a chance and put me on home detention which I appreciate so very much. During this time I got two jobs, almost completed my treatment at the insight house and started to get my life on the right track and I am so very thankful.
The only bad part of this situation with home detention is I cannot fully work two jobs. I am starting my new job as of 02/17/09 as a laborer for Mohawk Valley Community Action I have been working at the Ski Shola in Utica, NY however, with the time restraint I really can only work one day at the Ski Shola with my new job. I would like to be able to work more hours to be able to help with bills and taking care of my daughter. I currently reside at my grandmothers in New Hartford. My girlfriend and my daughter live in North Utica. She works a full-time job and takes care of our daughter by herself, it is hard for them to get out of work and come to see me as much as we would like. Also with home detention I am unable to go over and help her with any household problems or just help with our daughter.

I am thankful of the chance you have given me by letting me out of jail. I have been very cooperative with everyone and will continue to be. I just wanted to take the opportunity to write this letter to you to explain my situation and see if it is possible to get off the home detention. I hope I have not offended you Your Honor by asking this of you and either way your decision goes I am truly thankful for the chance you have given me to turn my life around.

Thank you for your time and consideration on this matter.

Sincerely,


Jayson R Julian