IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA**

      v.                                   **Criminal No.  5:08-MJ-468-13 (DEP)**

**JAYSON JULIAN**

        **Defendant.**

_____

### ORDER AMENDING PRETRIAL RELEASE CONDITIONS

Upon application of Pretrial Services of the Northern District of New York for an order amending the above-referenced defendant's conditions of release, and this court finding good cause to amend or modify the conditions, it is hereby

**ORDERED** that defendant's **Order Setting Conditions of Release** (Dkt. No. 42) is hereby amended as follows:

Conditions (x) and (v), which placed the defendant on home detention with electronic monitoring , are hereby removed.

_____
David E. Peebles
U.S. Magistrate Judge


Dated: March 2, 2009
      Syracuse, New York